No. 94–6503. BEAL v. PARAMOUNT PICTURES CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6512. ROY v. UNIVERSITY OF HAWAII ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6517. LONG v. GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 94–6518. POSEY v. MAGNOLIA STATE ENTERPRISES. Sup. Ct. Miss. Certiorari denied.

No. 94–6523. GRIZZLE v. WIESMAN, CIRCUIT JUDGE, CIRCUIT COURT OF MISSOURI, ST. LOUIS COUNTY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–6524. GAVAL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 94–6525. HYDER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 94–6526. HOLLY v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–6528. GARCIA v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6537. HIGAREDA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–6538. GARCIA v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6556. GREEN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–6557. GREENE v. PHELPS ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6569. LONG v. LOUISIANA. Sup. Ct. La. Certiorari denied.